**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Ricky D. Parker and James Myers v. Schlumberger Technology
                         Corporation

Appellate case number:   01-14-01018-CV

Trial court case number:  14-DCV-218252

Trial court:             268th District Court of Fort Bend County

The court ORDERS a stay of all proceedings in the trial court pending resolution of the interlocutory appeal, except that the trial court may hear matters relating to the temporary injunction and may issue orders that modify or dissolve that injunction.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                   ☒ Acting individually     ☐ Acting for the Court

Date:  April 30, 2015